1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BARBARA STUART ROBINSON,

                Plaintiff,

   v.

KING COUNTY,

              Defendant.

CASE NO. 22-CV-01254-TL

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

    Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1).  The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

    The Clerk shall provide a copy of this Order to plaintiff.

    DATED this 14th day of September, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1